UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNY LONG

    Plaintiff,

v.                                                CASE NO: 8:04-cv-2011-T-23TGW

LARGO BAZAAR, INC.,

    Defendant.
_____/

## ORDER

The parties file a "stipulation to final order" (Doc. 14). The court previously denied (Doc. 13) entry of a nearly-identical "stipulation to final order" (Doc. 12). Although the proposed stipulation's removal of item two relieves the court from adjudicating compliance with the ADA, the proposed stipulation "purports to transform a privately negotiated settlement agreement into a judgment containing an array of details about which the court lacks knowledge and has adjudicated nothing" (Doc. 13). To the extent that the stipulation (Doc. 14) requests the court to enforce the parties' settlement agreement, the stipulation (Doc. 14) is **DENIED**.[1]

ORDERED in Tampa, Florida, on June 17, 2005.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[1] The Court declines to retain jurisdiction to enforce the parties' independently negotiated settlement agreement. See Kokkonen v. Guardian Life Ins. of Am., 511 U.S. 375 (1994).